CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

KATHERINE R. MOORE (SBN: 199808)
kate.moore@katemoorelaw.com
CHARLES P. STONE (SBN: 224897)
LAW OFFICE OF KATHERINE R. MOORE
A Professional Corporation
600 Allerton Street, Suite 202
Redwood City, CA 94063
Telephone: (650) 995-7312
Facsimile: (650) 995-7862
Attorneys for Defendant
2130 El Camino LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　　Plaintiff,<br><br>　v.<br><br>2130 EL CAMINO LLC, a California Limited Liability Company<br><br>　　　Defendants. | Case: 3:21-cv-7482-JD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 26, 2022            CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: July 26, 2022            LAW OFFICE OF KATHERINE R. MOORE

By: /s/ Katherine R. Moore
    Katherine R. Moore
    Charles P. Stone
    Attorneys for Defendant
    2130 El Camino LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Katherine R. Moore, counsel for 2130 El Camino LLC, and that I have obtained Ms. Moore's authorization to affix her electronic signature to this document.

Dated: July 26, 2022              CENTER FOR DISABILITY ACCESS

                         By: /s/ Amanda Seabock
                             Amanda Seabock
                             Attorneys for Plaintiff